IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02187-LTB-BNB

ROBERT A. GREENWOOD,

    Plaintiff,

v.

SHERIFF TERRY MAKETA,
PROGRAMS MANAGER FRAN LAPAGE,
COMMANDER WILLIAM C. MISTRETTA, EID #74001, and
ABRIGHT, Aramark, et al.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 24 2011

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED March 24, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02187-LTB-BNB

Robert A. Greenwood
Prisoner No. A00172257
El Paso County Detention Facility
2739 East Las Vegas Street
Colorado Springs, CO 80906

US Marshal Service
Service Clerk
Service forms for: Terry Maketa, Fran LaPage,
William C. Mistretta, and Abright

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Terry Maketa, Fran LaPage, William C. Mistretta, and Abright: AMENDED COMPLAINT FILED 1/26/11, ORDER FILED 3/03/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/24/11.

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk