IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02187-LTB-BNB

ROBERT A. GREENWOOD,

Plaintiff,

v.

SHERIFF TERRY MAKETA,
LT. HEINLE, EID #90022,
COMMANDER R. KING, EID #88010,
PROGRAMS MANAGER FRANK LAPAGE,
COMMANDER WILLIAM C. MISTRETTA, EID #74001,
ABRIGHT, Aramark, and
LT. BRANDT, EID #95011, et al.,

Defendants.

_____

**ORDER**
_____

This matter arises on **Defendants Aramark and Bright's Motion for Protective Order Staying Discovery** [Doc. #49, filed 09/09/2011] (the "Motion"). The Motion is GRANTED.

On August 16, 2011, the plaintiff served Aramark and Bright with Requests for Production pursuant to Rule 34, Fed.R.Civ.P. However, a scheduling conference has not yet been held; no scheduling order has been entered; and discovery has not yet commenced. Therefore, the plaintiff's discovery requests are premature.

IT IS ORDERED:

(1) The Motion [Doc. # 49] is GRANTED; and

(2) Discovery is stayed pending a scheduling conference and the entry of a scheduling order.

Dated September 19, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge